IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. 74,835






WILLIAM DEAN GRAY, Relator



v.



EIGHTH COURT OF APPEALS OF TEXAS, Respondent








ON APPLICATION FOR A WRIT OF MANDAMUS 


FROM EL PASO COUNTY 






 Per curiam.


O P I N I O N




 This is an original mandamus proceeding. Relator William Dean Gray sought a writ of mandamus
ordering respondent Eighth Court of Appeals to withdraw its mandamus order. We granted leave to file. 


 Relator has now filed a motion to dismiss stating that he no longer wishes to pursue relief. We
accede to his request. The application for writ of mandamus in this cause is dismissed.

 

Delivered: May 26, 2004

Do not publish